UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 26-182 NEB/DLM

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALBERT VICTOR FREEMAN,

Defendant.

**INDICTMENT**

18 U.S.C. § 2243(b)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(Sexual Abuse of a Ward)**

In or about June 2026, in the State and District of Minnesota, the defendant,

**ALBERT VICTOR FREEMAN,**

did knowingly engage in and attempt to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(A), to wit, the penetration of the genital opening by a finger with abusive or sexual intent, with Victim A, who was at that time in official detention at the Federal Correctional Institution-Waseca, a Federal prison, and who was under the custodial, supervisory, and disciplinary authority of the defendant, all in violation of Title 18, United States Code, Section 2243(b).

**COUNT 2**
**(Sexual Abuse of a Ward)**

In or about June 2026, in the State and District of Minnesota, the defendant,

**ALBERT VICTOR FREEMAN,**

SCANNED
OCT 06 2026
U.S. DISTRICT COURT MPLS

did knowingly engage in and attempt to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(A), to wit, the penetration of the genital opening by a finger with abusive or sexual intent, with Victim B, who was at that time in official detention at the Federal Correctional Institution-Waseca, a Federal prison, and who was under the custodial, supervisory, and disciplinary authority of the defendant, all in violation of Title 18, United States Code, Section 2243(b).

**COUNT 3**
**(Sexual Abuse of a Ward)**

On or about June 8, 2026, in the State and District of Minnesota, the defendant,

**ALBERT VICTOR FREEMAN,**

did knowingly engage in and attempt to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(A), to wit, the penetration of the genital opening by a finger with abusive or sexual intent, with Victim C, who was at that time in official detention at the Federal Correctional Institution-Waseca, a Federal prison, and who was under the custodial, supervisory, and disciplinary authority of the defendant, all in violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON